Mr. Sabayoh, I don't believe we have anyone here arguing for the Applees, so you have 15 minutes and you may proceed. Thank you, Your Honor. Thank you, the panel. Well, Your Honor, my main point that I should mention, because you have instructed us in the beginning of the argument that you've read all the documents that I submitted, what I would like to emphasize at this point is the fact that the Applees, other than Martin Musonge, who is the proposed debtor for the involuntary bankruptcy court in the underlying case, they do not have standing. And they just came into the case without any adversary proceeding. They just walked in, purportedly, the attorney named Daniel Bott is the lawyer for one of the Applees, Robert Lane, has no any standing, yet he's the one that has been talking and that has been disrupting my case. I'm not a lawyer. Well, is this, Mr. Sabayoh, this is not your case, right? This is the bankruptcy case for someone else, Mr. Musonge. No, it is my, I'm the petitioner for the involuntary bankruptcy case. The bankruptcy case was in the Northern District of Oakland, Chapter 7. And the reason is that Martin Musonge is the one that sold the property to me. And he held it for almost 15 years with Bank of America and I worked so hard, all my life effort was put on that to eventually got the approval from Bank of America and all the people that owned the land on him. After we sold the property and everything closed, Musonge refused to leave the property. The Applees came to me and said they want to buy the property. We signed an agreement that still exists and that they have not fulfilled up to today. Yet I made about eight or nine payments trying to kind of show that I don't want them to lose any money, but let's resolve this thing up as I speak. They have not fulfilled that agreement and I have the document and at the same time, they just came in and I'm trying to collect all the money and the debt that Martin Musonge caused me to have because if I don't get rid of him, I cannot sell or refinance the property. It was a big problem for me. I filed an objection to their coming into the agreement. I'm not a lawyer so I'm not able to quote over my head the law, but I read somewhere that they cannot come into a case like that. They have to file some kind of adversary proceeding in order for the case to be heard. I did all my best to argue this and to file papers with the court, but the judge did not listen to me. But besides that, there is an existing bankruptcy case that I filed trying to rectify not losing all my life for the first 53 years in America. And the judge did not listen to me. I filed that bankruptcy and they did not even bother with my bankruptcy. They violated the bankruptcy stay. So that's when I filed the bankruptcy, what do you call it, adversary proceeding for contempt of the automatic stay. And they defaulted and the court issued a clerk's default while this case was on. I told the judge that, but he didn't listen to me. What they've done is went to California State and filed an eviction to get the property possession from Natum Rutungi who was living in the property and cost me all this grief in addition to what they have caused me by not even listening to paying me and not fulfilling the agreement that they signed with me. So all that I want to tell this court is to help me if possible so I don't lose everything for 53 years so that the court can at least listen to me. See that when they came into the court, they didn't come in correctly. They just budge in, use all kinds of tactics and they prevail on the court. And then after they got the automatic stay of the bankruptcy chapter 7 lifted, then they then filed a collusion with Martin Musongi and helped him in all kinds of ways to get a judgment to dismiss which I also have as an appeal pending with this court. So I had a lawyer in the beginning but I got sick so therefore I got over that part. But regarding this bankruptcy case, I was trying to use that to rectify everything so that I can pay them and salvage whatever little profit I have in this property. So far nothing has happened. They didn't even file, I don't think they filed, they didn't file any noticeable response brief to my document that the court allowed me to file. So I just want this court to help me with the laws based on the facts and the evidence to try to rectify all this problem. It's very hard for me and I wouldn't be in front of you if I had the money or the access to the money, I would get lawyers to represent me because I'm very emotional about it, it's very disturbing to me and I can't do anything. My last chance is this court to try to get a little understanding on whatever I've put together so that at least adequate justice can be done. They have an agreement with me to buy the property, they've not fulfilled the condition of the agreement and they've gone all over the world attacking and disrupting all the cases I've tried to get the court's help. So in a short sense, this is my dilemma and since the court has read all the things that I've tried to say, I hope the court can find the laws to help me get the bankruptcy court to clear all this summary judgment and the lifting of the case so that this case can be handled so that I don't lose everything in my life. That is my current position, I will answer any questions that you may have so that with the time that I have left. Judge Brand, any questions? No, I don't have any questions. Judge Klein, excuse me. I have no questions. Thank you for your argument, I understand your situation Mr. Ceballo. Thank you. Mr. Ceballo, I have no questions either. I want you to understand, you've heard some of the earlier arguments, we come into each of these appeals and we hear you as human beings and we respond to you as human beings, but we are also constrained by rules and constrained by context and so we will confer on your case. There are limitations on what we can do for you, but I think as fellow human beings, we certainly wish you the best. So this matter will be taken under submission and we will be adjourned. Thank you.
judges: Taylor, Brand, Klein